**Richard O. WALKER, Sr., Deceased Employee, by Lucille Walker, Respondent,**

v.

**BOISE CASCADE CORPORATION, Self–Insured, Relator,**

and

**Boise Cascade Corporation and Employers Insurance of Wausau, Respondents,**

and

**Medicare, Intervenor.**

**No. C7–03–337.**

Supreme Court of Minnesota.

April 29, 2003.

Honorable Donald C. Erickson, Compensation Judge, Office of Administrative Hearings.

Michael C. Jackman, Larkin, Hoffman, Daly & Lindgren, Ltd., Bloomington, MN, for Relator.

Steven D. Hawn, Sieben, Polk, LaVerdiere & Hawn, P.A., St. Paul, MN, for Respondent.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 10, 2003, be, and the same is, affirmed without opinion.

*See* Minn. R. Civ.App. P. 136.01.

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Alan C. Page
Associate Justice